1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6 |    Telephone: (415) 436-7124
   FAX: (415) 436-7169
7 |
Attorneys for Defendants
8 |

9 |                 UNITED STATES DISTRICT COURT

10 |                 NORTHERN DISTRICT OF CALIFORNIA

11 |                       SAN JOSE DIVISION

12 | QIHONG HUANG,                                )
                                            )  No. C 06-7549 JW
13 |               Plaintiff,      )
                                            )
14 |           v.                    )
                                            )  **STIPULATION TO DISMISS; AND**
15 | MICHAEL CHERTOFF, Secretary of the           )  [**PROPOSED**] **ORDER**
Department of Homeland Security;              )
16 | EMILIO T. GONZALEZ, Director of U.S.         )
Citizenship and Immigration Services;         )
17 | DAVID STILL, San Francisco District Director )
of U.S. Citizenship and Immigration Services; )
18 | ROBERT S. MUELLER, III, Director of Federal  )
Bureau of Investigation,                      )
19 |                                             )
              Defendants.    )
20 |

21 |     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney

22 | of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 | action without prejudice in light of the fact that the United States Citizenship and Immigration

24 | Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

25 | adjudicate such application within 30 days of the dismissal of this action.

26 |     Each of the parties shall bear their own costs and fees.

27 | ///

28 | ///

Stip. to Dismiss
C06-7549 JW                                    1

| | | |
|---|---|---|
| 1 | Date: January 26, 2007 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| 3 | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

/s/
Date: January 26, 2007        STANLEY CHAO
                              Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  1/30/2007

JAMES WARE
United States District Judge

Stip. to Dismiss
C06-7549 JW                              2